**Tom ROWE, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 27947.

Court of Criminal Appeals of Texas.

Jan. 18, 1956.

Hinson & Neal, Graham, for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

This is a conviction for a violation of the Liquor Control Act, Vernon's Ann.P.C. art. 666-1 et seq., with punishment assessed at a fine of $500.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review.

The judgment is affirmed.